## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | HILLCREST ACADEMY, INC. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA HILLCREST ACADEMY CHARTER SCHOOL |
| 3. | Debtor's federal Employer Identification Number (EIN) | 86-0658004 |
| 4. | Debtor's address | **Principal place of business**<br><br>4710 E. Baseline Road<br>Mesa, AZ 85206<br>Number, Street, City, State & ZIP Code<br><br>Maricopa<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  HILLCREST ACADEMY, INC.                                    Case number (if known) _____
        Name

7. Describe debtor's business    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ■ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?    *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  HILLCREST ACADEMY, INC.                                    Case number (*if known*) _____
        Name

11. **Why is the case filed in this district?**   *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

    **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    |---|---|---|
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**

    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    |---|---|---|
    | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    |---|---|---|
    | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | HILLCREST ACADEMY, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 29, 2016__
MM / DD / YYYY

X _/s/ Danielle Connolly_
Signature of authorized representative of debtor

DANIELLE CONNOLLY
Printed name

Title __President__

**18. Signature of attorney**

X _/s/ Donald W. Powell_
Signature of attorney for debtor

Date __June 29, 2016__
MM / DD / YYYY

Donald W. Powell -
Printed name

CARMICHAEL & POWELL, P.C.
Firm name

7301 North 16th Street, Suite 103
Phoenix, AZ 85020-5297
Number, Street, City, State & ZIP Code

Contact phone __602-861-0777__   Email address __d.powell@cplawfirm.com__

3238
Bar number and State

# CORPORATE RESOLUTION

I, DANIELLE CONNOLLY, the duly elected President of HILLCREST ACADEMY, INC., do hereby certify that the following is a true and correct copy of the Resolution duly adopted by the Board of Directors of HILLCREST ACADEMY, INC., at a meeting of said Board of Directors convened on the 22nd day of June, 2016.

> RESOLVED, that a Petition under Chapter 11 be filed forthwith on behalf of HILLCREST ACADEMY, INC., and DANIELLE CONNOLLY, President of HILLCREST ACADEMY, INC., is hereby authorized and directed to take all steps necessary, and to execute and deliver all documents required, for the filing of a Petition under Chapter 11 forthwith on behalf of HILLCREST ACADEMY, INC.

DATED this 29th day of June, 2016.

_____
DANIELLE CONNOLLY
President

# LIST OF CREDITORS

BOKF, NA dba Bank of Arizona
c/o Brenda Black
3001 E. Camelback Road
Phoenix, Arizona 85016


The Industrial Development Authority
 of the County of Pima
c/o Russo, Russo & Slania, P.C.
6700 N. Oracle Road, Ste. 100
Tucson, AZ 85704


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


State of Arizona
Dept. of Revenue
1600 W. Monroe
Phoenix, AZ 85007


County of Maricopa
Treasurer
301 W. Jefferson St.
Phoenix, AZ 85003

# United States Bankruptcy Court
## District of Arizona

In re: __HILLCREST ACADEMY, INC.__  
Debtor(s)

Case No.  
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| None - Non-Profit Corporation | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __June 29, 2016__     Signature __DANIELLE CONNOLLY__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re   **HILLCREST ACADEMY, INC.**　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept　　　　　　　　$ __350.00 per hour__
   Prior to the filing of this statement I have received　　　　$ __1,890.00__
   Balance Due　　　　　　　　　　　　　　　　　　　　　$ __350.00 per hour__

2. The source of the compensation paid to me was:

   ■ Debtor　　☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor　　☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 29, 2016**
Date

*[signature]*
**Donald W. Powell - 3238**
*Signature of Attorney*
**CARMICHAEL & POWELL, P.C.**
**7301 North 16th Street, Suite 103**
**Phoenix, AZ 85020-5297**
**602-861-0777  Fax: 602-870-0296**
**d.powell@cplawfirm.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re    **HILLCREST ACADEMY, INC.**            Case No. _____
                                               Debtor(s)                Chapter    **11**

# DECLARATION

I, the President of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __1__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:    June 29, 2016

_DANIELLE CONNOLLY/President_
Signer/Title

Date:    June 29, 2016

Signature of Attorney
Donald W. Powell - 3238
CARMICHAEL & POWELL, P.C.
7301 North 16th Street, Suite 103
Phoenix, AZ 85020-5297
602-861-0777    Fax: 602-870-0296

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**HILLCREST ACADEMY, INC.**

BOKF, NA dba Bank of Arizona
c/o Brenda Black
3001 E. Camelback Road
Phoenix, Arizona 85016


The Industrial Development Authority
 of the County of Pima
c/o Russo, Russo & Slania, P.C.
6700 N. Oracle Road, Ste. 100
Tucson, AZ 85704


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


State of Arizona
Dept. of Revenue
1600 W. Monroe
Phoenix, AZ 85007


County of Maricopa
Treasurer
301 W. Jefferson St.
Phoenix, AZ 85003